UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVORY HOUSTON-BEY, JR.,

      Plaintiff,

v.

Case No.: 21-10500
Honorable Gershwin A. Drain

JOHN CHRISTIANSEN, *et al*.,

      Defendants.
_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#20], GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [#14] AND DISMISSING ACTION

Plaintiff filed the instant 42 U.S.C. § 1983 prisoner civil rights action on March 5, 2021.  Defendants have moved for summary judgment.  *See* ECF No. 14.  The matter was referred to Magistrate Judge Elizabeth A. Stafford, who issued a Report and Recommendation on April 7, 2022, recommending that the Court grant Defendants' Motion for Summary Judgment.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired.  *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.  Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Stafford's April 7, 2022 Report and Recommendation [#20] as this Court's findings of fact and conclusions of law. Defendants' Motion for Summary Judgment [#14] is GRANTED.

This cause of action is dismissed.

SO ORDERED.

Dated:  June 22, 2022                    /s/Gershwin A. Drain
                                         GERSHWIN A. DRAIN
                                         United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 22, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager